# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GND PROMOTIONS, LLC and JAMES ENMAN** : | |
| : | **CIVIL ACTION** |
| : | |
| **v.** : | **NO. 24-6346** |
| : | |
| **BARRY BEAGLE,** *et al* : | |

## ORDER

**AND NOW**, this 21st day of July 2025, upon review of the Motions to Dismiss of all Defendants in this matter, Plaintiffs' opposition thereto and Defendants' reply, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendants, Barry Beagle, Logan Beagle, and Equipment Solutions Group (Docket No. 31), is **GRANTED**.

2. The Motion to Dismiss of Defendant, Timothy Faber (Docket No. 30), is **DENIED without prejudice** and Defendant Faber may refile his motion if Plaintiffs file a Second Amended Complaint.

3. Plaintiffs shall be permitted to file a Second Amended Complaint setting forth their claim with the requisite specificity and factual detail within twenty days of the date of this Order.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**